# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Dakota Missouri Valley & Western Railroad, Inc., | ) ) ) | |
| Plaintiff, | ) ) | **ORDER OF DISMISSAL** |
| vs. | ) ) ) | Case No. 1:11-cv-083 |
| National Interstate Insurance Co., | ) ) | |
| Defendant. | ) | |

Before the Court is a "Stipulation for Dismissal With Prejudice" filed on May 1, 2012. The Court **ADOPTS** the stipulation in its entirety (Docket No. 13) and **ORDERS** that the case be dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure, with prejudice and without costs or disbursements to any party.

**IT IS SO ORDERED.**

Dated this 3rd day of May, 2012.

*/s/ Daniel L. Hovland*
Daniel L. Hovland, District Judge
United States District Court